UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Wahunsenacawah Raohtanem

　　　　　　　　　Plaintiff(s),　　　　　　　　　　　　　Case No. 19-12020

v.　　　　　　　　　　　　　　　　　　　　　　　　　Judge  David M. Lawson

Hasan　　　　　　　　　　　　　　　　　　　　　　　Magistrate Judge  Michael Hluchaniuk

　　　　　　　　　Defendant(s).
_____/

**NOTICE OF CORRECTION**

Docket entry number __12__, filed __July 6, 2020__, has been modified.  The explanation for the correction is stated below.

- [ ] The docket entry was made on the wrong case.
- [ ] The corresponding document image was missing or incomplete.
- [ ] The wrong document image was associated.
- [ ] The wrong judicial officer was listed on the case docket.
- [ ] The filer information was inaccurate or omitted from the docket text.
- [ ] The judicial officer information was inaccurate or omitted from the docket text.
- [ ] The docket text was changed *to include the Partial Payment Order.*
- [x] Other:  Docketed in error

If you need further clarification or assistance, please contact __Kristen MacKay__ at __(313) 234-5027__.

DAVID J. WEAVER, CLERK OF COURT

Dated: July 6, 2020　　　　　　　　　　　　　　K. MacKay
　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk